No. 69125.—Langfelder, Homma & Carroll, Inc. *v.* United States, protest 64/11079 (Philadelphia).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.